UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,                                                  No. 1:22-CR-29

vs.                                                            Hon. Robert J. Jonker

BRENDON GAGNE,

        Defendant.

## MOTION TO DISMISS COUNTS

Brendon Gagne moves for dismissal of Counts 1 and 2 of the Indictment under Rule 12(b)(3)(B)(v) of the Federal Rules of Criminal Procedure.  He submits the accompanying brief in support.

                                                        Respectfully submitted,

Dated:  August 9, 2022                WILLEY & CHAMBERLAIN LLP
                                                          Attorneys for Defendant

                                                          By:    ___s/ Britt M. Cobb_____
                                                                    Britt M. Cobb (P69556)

                                                          300 Ottawa Avenue, N.W., Suite 810
                                                          Grand Rapids, Michigan 49503
                                                          (616) 458-2212