UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No. 1:22-CR-29

                                  Hon. Robert J. Jonker

BRENDON GAGNE,

    Defendant.
_____

**<u>DEFENDANT BRENDON GAGNE'S MOTION FOR DOWNWARD VARIANCE</u>**

      Mr. Gagne respectfully makes a motion for downward variance in his sentence. In addition to disputing the Government's calculated Guideline range, Mr. Gagne asks the Court to hold that the purposes of sentencing found in the 18 U.S.C. § 3553 factors could be met with a below Guideline range sentence, for the reasons explained in the accompanying sentencing brief.

                                                          Pinsky Smith, PC
                                                          Attorneys for Defendant

Dated: August 15, 2023

                                                By:    <u>/s/ Sarah R. Howard</u>
                                                          Sarah Riley Howard
                                                           146 Monroe Center St NW, Suite 418
                                                           Grand Rapids, MI 49503
                                                           (616) 451-8496
                                                           showard@pinskysmith.com