Dear Judge Jonkers,

Thank you for allowing me the opportunity to write this letter. I am the mother of Brendon Gagne. Elainie King.
From an early age, Brendon displayed character traits I rarely see in others these days. Call it old fashioned, Golden Rule character traits but Bendon always put others first. His nature is one of empathy and caring and from the age of three onwards this is what I know him to be at his core .

Brendon was the apple of my late father's eye. When my father got sick with cancer, Brendon was just a little boy and when my father was unwell, it was Brendon as a chid whom asked what he could do for him, he stayed beside him in bed watching cartoons to comfort him.

When his father left 10 years ago and moved to Thailand, Brendon took it upon himself to act as head of the family, looking back I see how difficult and painful this must have been for him at such a young age and I am sure it tied into some bad decision making which is why he stands in front of the court now. His basic nature is to provide for his loved one's.

In the past year, he has built himself a nice career as a successful realtor, that was done by his usual hard work and determination as well as open and engaging demeanor. He lives a sober life and takes care of his mind and body as well as his partner Alexandira and their pets. He has a lot going for him and a lot to look forward to as a successful driven person. I think of him as an exemplory young man in behavior and demeanor.

I kindly ask the judge to take this into consideration when hearijng his case. I thank you for listening once again..


Elainie King


Signature: _____
elainie king (Aug 22, 2023 13:56 MDT)

Email: elainieking@yahoo.com