Dear Judge Jonker,

My name is Annika Gagne. I am one of Brendon's three sisters. I am writing on his behalf to illustrate the kind of man I know him to be and not just as the best brother he is to me.

Since childhood Brendon has exuded a warmth about him that stands out amongst our family members. In a way I consider him to be a model family member in that of us all, I can say with confidence he understands what family means and how family should be regarded. I remark on this point to illustrate that he really knows how to care for and show up for others.
When I let the family know a few months ago that I was expecting my first child he was one of the first to congratulate me. He went so far as to organize a family dinner the following day to celebrate the news! It was very touching to my partner and I as he clearly wanted to celebrate with us and also share in our happiness! It is a gesture I will never forget. He has also made it a point every year to get the family together on all major holidays, often taking it upon himself to proudly do all of the cooking. We are not a small family! He is one of the most thoughtful and considerate people I know and this extends outward in how he is to others in the world as well.
I recall a time when he was still a teenager and there was an accident with a vehicle right in front of our house. I remember rushing outside to see a car completely flipped over and smoking. He rushed out too and was the first one to start calling out to see if anyone in the vehicle was hurt and in need of help. I remember the moment so clearly as he pried the door open with the vehicle smoking and both of us uncertain of the danger we were around too. Shortly later fire and ambulance were on scene to help.
I have watched Brendan grow and evolve career wise just in the last year in becoming a successful realtor in the state of Colorado. He did so very quickly and to see him be met with this success makes me proud. He is extremely good natured and good with people so in a way his success in this profession comes as no surprise. Before this he worked tirelessly for UPS just to make ends meet for him and his partner Alexandria and their cherished cats. One thing I know of Brendan is he willing to work very hard to achieve his goals in life and to take care of those he loves. I have a lot of respect and admiration for his strength of character in this regard and consider him an example of an exemplary man as I know our own mother Elainie considers him to be as well.

With all due respect, I well understand the seriousness of the charges and his admission of guilt. As one of his older sisters I firmly believe that he became mixed up in the wrong thing during a fragile time in his life. He clearly has no history of being any type of offender, leads a life of sobriety, takes his health and wellness seriously and has a lot of drive to do good in this world. He is intelligent and by every instance on the daily a model citizen both to family, friends, extending outwards to clients, and beyond. Because he is leading a respectable and honest life and contributes in a positive way to the community and the economy I am asking you to consider who he is as a person at heart. In light of sharing all of the above with you I hope it offers a glimpse into who Brendon is, how he walks in this life, and who he is at heart and to us all. I ask that you carefully consider his future in this matter. Thank you so much for the opportunity to convey this and your consideration to my brother Brendon.

Warmly,

-Annika L. Gagne

Contact info:
Annika Gagne

Signature: *Annika Gagne* (Aug 22, 2023 14:03 MDT)
Email: annikalgagne@proton.me