UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:22−cr−00029−RJJ

v.                                  Hon. Robert J. Jonker

BRENDON GAGNE,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Sentencing |
| Date/Time: | August 31, 2023   09:00 AM *(previously set for 8/29/23)* |
| Judge: | Robert J. Jonker |
| Place/Location: | 699 Federal Building, Grand Rapids, MI |

                                                ROBERT J. JONKER
                                                United States District Judge

Dated:  August 28, 2023        By:   /s/ Susan Driscoll Bourque
                                             Case Manager