## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                                          Case No. 1:22-CR-29

                                           Hon. Robert J. Jonker

BRENDON GAGNE,

     Defendant.

---

| | |
|---|---|
| Justin Presant | Sarah Riley Howard |
| Stephanie Carowan | Pinsky Smith, PC |
| Assistant U.S. Attorneys | Attorneys for Defendant Gagne |
| Attorneys for the United States | 146 Monroe Ctr. St., NW, Ste. 418 |
| 330 Ionia Avenue NW, Ste. 501 | Grand Rapids, MI 49503-2824 |
| Grand Rapids, MI 49503-2549 | (616) 451-8496 |
| (616) 808-2184 | showard@pinskysmith.com |
| JPresant@usa.doj.gov | |
| SCarowan@usa.doj.gov | |

---

### DEFENDANT GAGNE'S ALLOCUTION LETTER TO THE COURT

---

       Defendant Brendon Gagne, through his counsel, hereby submits the attached letter to the Court for its consideration related to his sentencing.

Dated: August 30, 2023         PINSKY SMITH, PC
                                   Attorneys for Defendant

                                   /s/ Sarah R. Howard
                                   Sarah Riley Howard
                                   146 Monroe Center, Suite 418
                                   Grand Rapids, MI 49503
                                   (616) 451-8496
                                   showard@pinskysmith.com