Dear Judge Jonker,

As you already know my name is Brendon Gagne and I am 27 years of age. I currently reside in Colorado Springs, and have been a resident of this city for about 7 years now. My interests include snowboarding, cooking, enduro trail riding, working out, and as of recently Super-moto racing thanks to a good friend of mine.

I have no excuse or valid reason as to why I became involved with any illegal operation/business, and as I have grown and matured it is nothing more than a huge embarrassment. I am embarrassed to be in your court room, embarrassed as a person, and embarrassed and ashamed of myself for choosing to partake in the world of illegal schemes and operations. The person I wish to be is someone who is professional, and who is respected among other professionals like yourself and the other members of the court room. Over the last year and a half I have surrounded myself with professional individuals both in and out of my career in real estate. I have made very close friends with people whom I respect and are positive influences in the community, and people who have worked very hard to build their careers and life in a way that does not go against the law, does not impose risk to other individuals, and is morally correct. I do not wish to be seen as a criminal and it is a feeling of guilt that consumes me every time I think about it. Since I began my career in real estate I have pushed incredibly hard to establish myself as the person I wish to become, the opposite of the way I behaved before when I partook in an illegal medication scandal. The thought of this career only being temporary was a big hurdle to overcome initially, and my family even advised me it might be best to get a regular job so that I don't waste time building a career that I may not have a chance to continue in. I decided to fully pursue real estate and immerse myself in it, and it truly has been the best decision that I have made. I have quickly risen to the top of my office for 3 consecutive months of the year, received two awards, and closed 15 transactions. I am known as the guy who is always in the office, even if I have nothing going on I put myself in a professional work space and interact with those around me who are older, wiser, and smarter. I have become incredibly passionate about this career and it has stopped me from thinking negatively about my past actions and what the future may hold in terms of consequence from those actions. I wish more than anything to continue my career in real estate and further my education and licensing to involve residential property appraisal and property management. I also hope to have children soon and begin a family.

No matter the outcome and decision of the sentencing hearing, I will never put myself in a position where I feel ashamed and embarrassed for my actions, occupation, and overall path in life. I will always strive to become a person who is respected before they enter into a room, as well as after they leave.. I have spent far too long on the opposite end of that spectrum and it is the worst feeling in the world. Thank you for your time and consideration, and I apologize for being in your court room numerous times over the last 1 and a half years.

-Brendon J Gagne

brendon gagne (Aug 29, 2023 11:33 MDT)